## (April 16, 1980)

■     In the Matter of HARRY W., Appellant.—Appeal from an order of the Family Court, Nassau County, entered March 26, 1980, which, *inter alia,* revoked appellant's probation and ordered that he be placed in the custody of the Nassau County Department of Social Services for placement at Berkshire Farm Center and Services for Youth. Order reversed, as a matter of discretion in the interest of justice, without costs or disbursements, and it is directed that the appellant be restored to probation forthwith, in accordance with the order of disposition, dated January 11, 1980, and the matter is remanded to the Family Court, Nassau County, for further proceedings consistent herewith. After a hearing held on March 14, 1980, which resulted in the order under review, new evidence was discovered which might have brought about a different determination. During oral argument before this court, the appellant's Law Guardian and the County Attorney conceded that it would be in the best interest of the child to hold a dispositional hearing. We agree and remand for such a hearing at which time the newly discovered evidence can be considered. Hopkins, J. P., Titone, Lazer and Gibbons, JJ., concur.

## (April 17, 1980)

■     MERCO PROPERTIES, INC., Respondent-Appellant, v AETNA CASUALTY & SURETY COMPANY, Appellant-Respondent.—Motion by appellant-respondent for leave to appeal to the Court of Appeals from an order of this court, dated November 13, 1979 [72 AD2d 765], which decided the appeal from two orders of the Supreme Court, Kings County. Motion denied. On the court's own motion, its decision and order, both dated November 13, 1979 are recalled and vacated and the following decision is therefore: "Appeal from order of the Supreme Court, Kings County, entered June 3, 1977 upon reargument, dismissed, without costs or disbursements. No appeal lies from an order entered upon reargument of a decision." "Order dated January 3, 1978, affirmed, without costs or disbursements. No opinion." Titone, J. P., Gibbons, Martuscello and O'Connor, JJ., concur.